FRANKLIN *v.* PRITCHARD BROTHERS.

LAMAR, J. 1. Where there is nothing to show that a letter has been lost, it is not error to refuse to admit secondary evidence as to its contents.

2. There being no complaint made of the charge of the court, and the testimony, though conflicting, being amply sufficient to sustain the verdict, and the trial judge having approved the finding, this court will not interfere with his refusal to grant a new trial.

*Judgment affirmed. All the Justices concur.*

Submitted March 8, — Decided March 25, 1905.

Complaint. Before Judge Taliaferro. City court of Sandersville. December 15, 1904.

*Howard & Jordan*, for plaintiff in error.
*Evans & Evans*, contra.